

# NUMBER 13-25-00280-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN RE A PURPORTED LIEN OR CLAIM
### AGAINST WEALTH STREET CAPITAL 5, LLC

### ON APPEAL FROM THE 94TH DISTRICT COURT
### OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Silva, Peña, and Cron
### Memorandum Opinion by Justice Silva

This matter is before the Court on its own motion. On May 22, 2025, appellant Yesica Jamileth Mendizabal Lopez attempted to appeal an order entered in trial court cause number 2024-DCV-5266-C. On May 23, 2025, the Clerk of the Court notified appellant that the order appealed appears to be unappealable and that the notice of appeal was otherwise not in compliance with Texas Rules of Appellant Procedure 9.1(b), 9.5, 25.1(d)(1), (2), (4), and (5). *See* TEX. R. APP. P. 9.1(b), 9.5, 25.1(d)(1), (2), (4), (5). Appellant was notified if the jurisdictional defect was uncured within ten days from the

date of the notice, the appeal shall be dismissed. Appellant was also notified that if a proper notice of appeal was not filed within thirty days, the matter would be referred to the Court.

Appellant has failed to correct the defects in her notice of appeal and has otherwise not responded to the notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
24th day of July, 2025.

2